# TAB B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ____________________

DAVID WARD, individually; and other similarly situated individuals,

Plaintiff(s)

vs.

GULLIVER SCHOOLS, INC., a Florida Not for Profit Corporation; GLORIA SESANA, individually; ALEXANDER R. ACOSTA, individually; TONY FIGUEROA CISNEROS, individually; SWAPNIL J. SHAH, individually; JOCELYN WOOLWORTH, individually; FRANK STEEL, individually; SUSAN HENKIN, individually; CHARLIE PHELAN, individually; MICHALIS STAVRINIDES, individually; ANA HUGHES FREUND, individually; and VINCENT SIGNORELLO, individually,

Defendants.
_________________________________________/

**DEFENDANTS' LIST OF REMOVAL DOCUMENTS**

The Defendants, GULLIVER SCHOOLS, INC., GLORIA SESANA, ALEXANDER R. ACOSTA, TONY FIGUEROA CISNEROS, SWAPNIL J. SHAH, JOCELYN WOOLWORTH, FRANK STEEL, SUSAN HENKIN, CHARLIE PHELAN, MICHALIS STAVRINIDES, ANA HUGHES FREUND, and VINCENT SIGNORELLO,. (hereafter "Defendants"), pursuant to 28 U.S.C. § 1446(a), file the following documents constituting all process, pleadings, and orders existing on file in the state court in this removed action:

(1) Civil Cover Sheet
(2) Complaint
(3) Summons (Gulliver)
(4) Summons (Sesana)
(5) Summons (Acosta)
(6) Summons (Cisneros)
(7) Summons (Shah)
(8) Summons (Woolworth)
(9) Summons (Steel)
(10) Summons (Henkin)
(11) Summons (Phelan)
(12) Summons (Stavrindes)
(13) Summons (Freund)
(14) Summons (Signorello)
(15) Summons (Gulliver)
(16) Summons (Sesna)
(17) Summons (Acosta)
(18) Summons (Cisneros)
(19) Summons (Shah)
(20) Summons (Woolworth)
(21) Summons (Steel)
(22) Summons (Henkin)
(23) Summons (Phelan)
(24) Summons (Stavrindes)
(25) Summons (Freund)
(26) Summons (Signorello)
(27) Return of Service (Signorello)
(28) Return of Service (Freund)
(29) Return of Service (Phelan)
(30) Return of Service (Henkin)
(31) Return of Service (Cisneros)
(32) Return of Service (Shah)
(33) Return of Service (Steel)
(34) Return of Service (Gulliver)
(35) Return of Service (Steel)
(36) Return of Service (Sesna)
(37) Return of Service (Acosta)
(38) Return of Service (Woolworth)
(39) Return of Service (Shah)
(40) Return of Service (Cisneros)
(41) Return of Service (Henkin)
(42) Return of Service (Phelan)
(43) Return of Service (Freund)
(44) Return of Service (Signorello)
(45) Return of Service (Gulliver)
(46) Notice of Voluntary Dismissal Without Prejudice

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendants
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: *_/s/Jana M. Leichter_*
JANA M. LEICHTER
FBN: 803901
KARLY A. WANNOS
FBN: 42451

**SERVICE LIST**

Anthony M. Georges-Pierre, Esq.
Remier & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL, 33130
Email: agp@rgpattorneys.com; apetisco@rgpattorneys.com;
rregueiro@rgpattorneys.com; pn@rgpattorneys.com

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

## I. CASE STYLE

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.:________________
Judge: ________________

DAVID WARD
Plaintiff

vs.

GULLIVER SCHOOLS, INC., GLORIA SESANA, ALEXANDER R. ACOSTA, TONY FIGUEROA CISNEROS, SWAPNIL J. SHAH, JOCELYN WOOLWORTH, FRANK STEEL, SUSAN HENKIN, CHARLIE PHELAN, MICHALIS STRAVRINIDES, ANA HUGHES FREUND, VINCENT SIGNORELLO
Defendant

## II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000
  - ☐ Other real property actions $50,001 - $249,999
  - ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**III. REMEDIES SOUGHT** (check all that apply):

- ☒ Monetary;
- ☒ Non-monetary
- ☒ Non-monetary declaratory or injunctive relief;
- ☒ Punitive

**IV. NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

12

**V. IS THIS CASE A CLASS ACTION LAWSUIT?**

- ☒ Yes
- ☐ No

**VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII. IS JURY TRIAL DEMANDED IN COMPLAINT?**

- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Anthony M Georges-Pierre FL Bar No.: 533637
Attorney or party (Bar number, if attorney)

Anthony M Georges-Pierre 07/28/2016
(Type or print name) Date

Filing # 44526307 E-Filed 07/28/2016 09:43:34 AM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

Case No.________________

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff **DAVID WARD**, and other similarly situated individuals, by and through the undersigned counsel, hereby sues Defendants, GULLIVER SCHOOLS, INC., a Florida Not For Profit Corporation, individually; GLORIA SESANA, individually; ALEXANDER R. ACOSTA, individually; TONY FIGUEROA CISNEROS, individually; SWAPNIL J. SHAH, individually; JOCELYN WOOLWORTH, individually; FRANK STEEL, individually; SUSAN HENKIN, individually; CHARLIE PHELAN, individually; MICHALIS STAVRINIDES,

individually; ANA HUGHES FREUND, individually; and VINCENT SIGNORELLO, individually; collectively ("Defendants"), and in support avers as follows:

1. This is an action by the Plaintiff for damages exceeding $15,000 excluding attorneys' fees or costs for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

2. This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3. Plaintiff was at all times relevant to this action, residents of Miami-Dade County Florida, within the jurisdiction of this Honorable Court. Plaintiff is covered employee for purposes of the FLSA.

4. Defendant, GULLIVER SCHOOLS, INC., a Florida Not For Profit Corporation, located in Miami-Dade County, Florida where Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5. Defendant, GLORIA SESANA, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

6. Defendant, ALEXANDER R. ACOSTA, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

7. Defendant, TONY FIGUEROA CISNEROS, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

8. Defendant, SWAPNIL J. SHAH, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

9. Defendant, JOCELYN WOOLWORTH, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

10. Defendant, FRANK STEEL, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

11. Defendant, SUSAN HENKIN, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

12. Defendant, CHARLIE PHELAN, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

13. Defendant, MICHALIS STAVRINIDES, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

14. Defendant, ANA HUGHES FREUND, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

15. Defendant, VINCENT SIGNORELLO, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GULLIVER SCHOOLS, INC.

16. Venue is proper in Miami-Dade County because all of the actions that form the basis of this Complaint occurred within Miami-Dade County and payment was due in Miami-Dade County.

17. Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

18. All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS

19. Plaintiff performed work for Defendants as a non-exempt employee from on or about October, 2012, through on or about December, 2014.

20. Throughout Plaintiff's employment, Plaintiff worked in excess of forty (40) hours per week.

21. Plaintiff was not paid at the proper overtime rate for hours worked in excess of forty (40) each week, as proscribed by the laws of the United States and the State of Florida.

22. Plaintiff, during relevant time period, from on or about October, 2012, through on or about December, 2014, worked approximately ten (10) overtime hours each week for which he was not paid 1.5 times his regular rate as provided by the FLSA.

## COUNT I
### *Wage & Hour Federal Statutory Violation against*
### GULLIVER SCHOOLS, INC.

23. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

24. This action is brought by Plaintiff to recover from Defendant unpaid wages compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*

25. Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

26. At all times pertinent to this Complaint, Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States

and also provides its services for goods sold and transported from across state lines of other states, and the Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

27. Upon information and belief, at all times material hereto, corporate Defendant's annual gross revenue exceeded $500,000 per annum on its own, or as part of a joint enterprise with the other corporate Defendants named herein, or which are as of yet unknown but will be revealed through further discovery. To the extent that corporate Defendant operated as part of a joint enterprise, it did so with corporate entities that performed related activities, under the common control of the individual Defendants, and for common business purposes related to the work performed by Plaintiff for Defendant.

28. By reason of the foregoing, the corporate Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

29. Plaintiff seeks to recover for unpaid wages accumulated from the date of hire and/or from three (3) years from the date of the filing of this complaint.

30. Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's

employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

31. To the extent that Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and minimum wage payments, the statute of limitations for Plaintiff's FLSA claims is equitably tolled. *See, e.g., Cruz v. Maypa*, 773 F.3d 138, 147 (4th Cir. 2014) (extending failure-to-post tolling in the ADEA context to the FLSA); *Yu G. Ke v. Saigon Grill, Inc.*, 595 F. Supp. 2d 240, 259 (S.D.N.Y. 2008) ("[F]ailure to provide required notice of the governing legal requirements may be a sufficient basis for tolling."); *Kamens v. Summit Stainless, Inc.*, 586 F. Supp. 324, 328 (E.D. Pa. 1984) ("An employer's failure to post a statutorily required notice of this type tolls the running of any period of limitations.").

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wage compensation for hours worked in excess of forty (40) weekly, with interest;

C. Award Plaintiff an equal amount in double damages/liquidated damages;

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT II**
***Wage & Hour Federal Statutory Violation against GLORIA SESANA***

32. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

33. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

34. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

35. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

36. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees;

and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT III**
***Wage & Hour Federal Statutory Violation against***
***ALEXANDER R. ACOSTA***

37. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

38. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

39. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

40. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

41. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE,** Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime

wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**<u>COUNT IV</u>**
***Wage & Hour Federal Statutory Violation against***
***TONY FIGUEROA CISNEROS***

42. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

43. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

44. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

45. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

46. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT V**
***Wage & Hour Federal Statutory Violation against***
***SWAPNIL J. SHAH***

47. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

48. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

49. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

50. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

51. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff

these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT VI**
***Wage & Hour Federal Statutory Violation against JOCELYN WOOLWORTH***

52. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

53. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

54. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

55. Defendant had operational control of the business and is thus jointly liable for Plaintiff's

damages.

56. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**<u>COUNT VII</u>**
***Wage & Hour Federal Statutory Violation against***
***FRANK STEEL***

57. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

58. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

59. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted

directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

60. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

61. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT VIII**
***Wage & Hour Federal Statutory Violation against SUSAN HENKIN***

62. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

63. At the times mentioned, Defendant was, and is now, a corporate officer of corporate

Defendant, GULLIVER SCHOOLS, INC.

64. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

65. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

66. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## COUNT IX
***Wage & Hour Federal Statutory Violation against CHARLIE PHELAN***

67. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

68. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

69. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

70. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

71. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE,** Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees;

and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT X**
***Wage & Hour Federal Statutory Violation against MICHALIS STAVRINIDES***

72 Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

73. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

74. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

75. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

76. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime

wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT XI**

***Wage & Hour Federal Statutory Violation against ANA HUGHES FREUND***

77. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

78. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

79. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

80. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

81. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT XII**
***Wage & Hour Federal Statutory Violation against***
***VINCENT SIGNORELLO***

82. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 22 of this complaint as if set out in full herein.

83. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GULLIVER SCHOOLS, INC.

84. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

85. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

86. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff

these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**JURY DEMAND**

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: 7/27/16

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________/

**SUMMONS IN A CIVIL CASE**

**GULLIVER SCHOOLS, INC.**
Registered agent:
**WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.**
c/o Joseph M. Hernandez, Esq.
2525 Ponce De Leon Boulevard, Suite 700
Coral Gables, FL 33134

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________________ _______________
CLERK DATE

_______________________
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).

_______________________________________/

**SUMMONS IN A CIVIL CASE**

**GLORIA SESANA**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________________ _______________________
CLERK DATE

_______________________________
(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**ALEXANDER R. ACOSTA**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within <u>20 days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________________________________
CLERK DATE

_______________________________________
(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________/

**SUMMONS IN A CIVIL CASE**

**TONY FIGUEROA CISNEROS**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________________________
CLERK DATE

_______________________________
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________/

**SUMMONS IN A CIVIL CASE**

**SWAPNIL J. SHAH**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK DATE

(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________/

**SUMMONS IN A CIVIL CASE**

**JOCELYN WOOLWORTH**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________ _______________
CLERK DATE

_______________________________
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No.______________________

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**FRANK STEEL**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________________________________
CLERK DATE

_______________________________________
(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.,**
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_____________________________________/

**SUMMONS IN A CIVIL CASE**

**SUSAN HENKIN**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____________________________________
CLERK DATE

_____________________________________
(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________/

**SUMMONS IN A CIVIL CASE**

**CHARLIE PHELAN**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________________ _______________________
CLERK DATE

_______________________________
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD,** individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.,**
a Florida Not For Profit Corporation,
**GLORIA SESANA,** individually;
**ALEXANDER R. ACOSTA,** individually;
**TONY FIGUEROA CISNEROS,** individually;
**SWAPNIL J. SHAH,** individually;
**JOCELYN WOOLWORTH,** individually;
**FRANK STEEL,** individually;
**SUSAN HENKIN,** individually;
**CHARLIE PHELAN,** individually;
**MICHALIS STAVRINIDES,** individually;
**ANA HUGHES FREUND,** individually;
**VINCENT SIGNORELLO,** individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**MICHALIS STAVRINIDES**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________________________________
CLERK DATE

_______________________________________
(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD,** individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.,**
a Florida Not For Profit Corporation,
**GLORIA SESANA,** individually;
**ALEXANDER R. ACOSTA,** individually;
**TONY FIGUEROA CISNEROS,** individually;
**SWAPNIL J. SHAH,** individually;
**JOCELYN WOOLWORTH,** individually;
**FRANK STEEL,** individually;
**SUSAN HENKIN,** individually;
**CHARLIE PHELAN,** individually;
**MICHALIS STAVRINIDES,** individually;
**ANA HUGHES FREUND,** individually;
**VINCENT SIGNORELLO,** individually;

Defendant(s).
_______________________________/

**SUMMONS IN A CIVIL CASE**

**ANA HUGHES FREUND**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK DATE

(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**GLORIA SESANA**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016
CLERK DATE

[signature] 309876
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**GULLIVER SCHOOLS, INC.**
Registered agent:
**WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.**
c/o Joseph M. Hernandez, Esq.
2525 Ponce De Leon Boulevard, Suite 700
Coral Gables, FL 33134

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK DATE

(BY) DEPUTY CLERK



Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**ALEXANDER R. ACOSTA**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within <u>20 days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK [signature] 309876 DATE

(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**TONY FIGUEROA CISNEROS**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK DATE

[signature] 309878

(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
______________________________/

**SUMMONS IN A CIVIL CASE**

**SWAPNIL J. SHAH**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK DATE

309876

(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD,** individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.,**
a Florida Not For Profit Corporation,
**GLORIA SESANA,** individually;
**ALEXANDER R. ACOSTA,** individually;
**TONY FIGUEROA CISNEROS,** individually;
**SWAPNIL J. SHAH,** individually;
**JOCELYN WOOLWORTH,** individually;
**FRANK STEEL,** individually;
**SUSAN HENKIN,** individually;
**CHARLIE PHELAN,** individually;
**MICHALIS STAVRINIDES,** individually;
**ANA HUGHES FREUND,** individually;
**VINCENT SIGNORELLO,** individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**JOCELYN WOOLWORTH**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016
CLERK [signature] 309878 DATE

(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD,** individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.,**
a Florida Not For Profit Corporation,
**GLORIA SESANA,** individually;
**ALEXANDER R. ACOSTA,** individually;
**TONY FIGUEROA CISNEROS,** individually;
**SWAPNIL J. SHAH,** individually;
**JOCELYN WOOLWORTH,** individually;
**FRANK STEEL,** individually;
**SUSAN HENKIN,** individually;
**CHARLIE PHELAN,** individually;
**MICHALIS STAVRINIDES,** individually;
**ANA HUGHES FREUND,** individually;
**VINCENT SIGNORELLO,** individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**FRANK STEEL**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within <u>20 days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK DATE

309876

(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**SUSAN HENKIN**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016
CLERK DATE

309876
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**VINCENT SIGNORELLO**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________________ _______________
CLERK DATE

_______________________
(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**CHARLIE PHELAN**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **<u>20 days</u>** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK 309876 DATE

(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-014446-CA-01

**DAVID WARD,** individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.,**
a Florida Not For Profit Corporation,
**GLORIA SESANA,** individually;
**ALEXANDER R. ACOSTA,** individually;
**TONY FIGUEROA CISNEROS,** individually;
**SWAPNIL J. SHAH,** individually;
**JOCELYN WOOLWORTH,** individually;
**FRANK STEEL,** individually;
**SUSAN HENKIN,** individually;
**CHARLIE PHELAN,** individually;
**MICHALIS STAVRINIDES,** individually;
**ANA HUGHES FREUND,** individually;
**VINCENT SIGNORELLO,** individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**MICHALIS STAVRINIDES**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK DATE

[signature] 309876

(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016 - 019446 - CA - 01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.,**
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**ANA HUGHES FREUND**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK 8/9/2016 DATE

[signature] 309876
(BY) DEPUTY CLERK

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESANA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**VINCENT SIGNORELLO**
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK DATE

309878

(BY) DEPUTY CLERK

Filing # 45444608 E-Filed 08/19/2016 12:45:53 PM

**RETURN OF SERVICE**

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **VINCENT SIGNORELLO, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:35 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for**VINCENT SIGNORELLO** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156**, the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011874

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 45444505 E-Filed 08/19/2016 12:44:36 PM

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **ANA HUGHES FREUND, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016** at **2:35 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for**ANA HUGHES FREUND** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156,** the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011875

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 45444401 E-Filed 08/19/2016 12:43:08 PM

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **CHARLIE PHELAN, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016** at **2:35 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for**CHARLIE PHELAN** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156**, the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

GREG SCHULTE
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011876

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

DAVID WARD, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

GULLIVER SCHOOLS, INC.,
a Florida Not For Profit Corporation,
GLORIA SESANA, individually;
ALEXANDER R. ACOSTA, individually;
TONY FIGUEROA CISNEROS, individually;
SWAPNIL J. SHAH, individually;
JOCELYN WOOLWORTH, individually;
FRANK STEEL, individually;
SUSAN HENKIN, individually;
CHARLIE PHELAN, individually;
MICHALIS STAVRINIDES, individually;
ANA HUGHES FREUND, individually;
VINCENT SIGNORELLO, individually;

Defendant(s).

Gulliver V.P.
Frank Steel
8/11
235p

WWW.OJFSERVICES.COM

SUMMONS IN A CIVIL CASE

CHARLIE PHELAN
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] 309876 DATE 8/9/2016

(BY) DEPUTY CLERK

29

MILITARY
YES NO

11874

Filing # 45444089 E-Filed 08/19/2016 12:39:09 PM

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **SUSAN HENKIN, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:35 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for**SUSAN HENKIN** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156**, the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011877

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

6

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

DAVID WARD, individually;
and other similarly situated individuals,

Plaintiff(s);

vs.

GULLIVER SCHOOLS, INC.,
a Florida Not For Profit Corporation,
GLORIA SESANA, individually;
ALEXANDER R. ACOSTA, individually;
TONY FIGUEROA CISNEROS, individually;
SWAPNIL J. SHAH, individually;
JOCELYN WOOLWORTH, individually;
FRANK STEEL, individually;
SUSAN HENKIN, individually;
CHARLIE PHELAN, individually;
MICHALIS STAVRINIDES, individually;
ANA HUGHES FREUND, individually;
VINCENT SIGNORELLO, individually;

Defendant(s).

_______________________________/

Gulliver
V.P.
Frank Steel
8/11
236P

DJF SERVICES, INC
954 389 4215
WWW.DJFSERVICES.COM

## SUMMONS IN A CIVIL CASE

SUSAN HENKIN
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK 8/9/2016 DATE

(signature) 309876

(BY) DEPUTY CLERK

CIRCUIT AND COUNTY COURTS — MIAMI-DADE COUNTY, FLORIDA

28 MILITARY
YES NO

11877

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **TONY FIGUEROA CISNEROS, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:35 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for **TONY FIGUEROA CISNEROS** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156,** the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011881

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 4480156! Filed 08/03/2016 05:45:20 PM

6

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-014446-CA-01

**DAVID WARD**, individually;
and other similarly situated individuals;

Plaintiff(s),

vs.

**GULLIVER SCHOOLS, INC.**,
a Florida Not For Profit Corporation,
**GLORIA SESAÑA**, individually;
**ALEXANDER R. ACOSTA**, individually;
**TONY FIGUEROA CISNEROS**, individually;
**SWAPNIL J. SHAH**, individually;
**JOCELYN WOOLWORTH**, individually;
**FRANK STEEL**, individually;
**SUSAN HENKIN**, individually;
**CHARLIE PHELAN**, individually;
**MICHALIS STAVRINIDES**, individually;
**ANA HUGHES FREUND**, individually;
**VINCENT SIGNORELLO**, individually;

Defendant(s).

Gulliver V.P.
Frank Steel
8/11
235P

OJF SERVICES, INC
954 529 4215
WWW.OJFSERVICES.COM

**SUMMONS IN A CIVIL CASE**

TONY FIGUEROA CISNEROS
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK DATE

309876

(BY) DEPUTY CLERK

CIRCUIT AND COUNTY COURTS — MIAMI-DADE COUNTY, FLORIDA



MILITARY
YES NO

11881

Filing # 45443874 E-Filed 08/19/2016 12:36:17 PM

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **SWAPNIL J. SHAH, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:35 pm**, I:

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for**SWAPNIL J. SHAH** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156**, the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011880

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5n

# RETURN OF SERVICE

**State of FLORIDA** | **County of MIAMI-DADE** | **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **FRANK STEEL, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:30 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **FRANK STEEL** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011878

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**
vs.
Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **GULLIVER SCHOOLS, INC., 2525 PONCE DE LEON BLVD.,, SUITE 700, CORAL GABLES, FL 33134.**

I, GREG SCHULTE, do hereby affirm that on the **12th day of August, 2016** at **1:20 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LAURA ST PETER** as **OFFICE MANAGER** for **GULLIVER SCHOOLS, INC.**, at the address of: **2525 PONCE DE LEON BLVD.,, SUITE 700, CORAL GABLES, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011873

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

6

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

off MNG
Laura
ST. Peter
8/12
120P

DAVID WARD, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

GULLIVER SCHOOLS, INC.,
a Florida Not For Profit Corporation,
GLORIA SESANA, individually;
ALEXANDER R. ACOSTA, individually;
TONY FIGUEROA CISNEROS, individually;
SWAPNIL J. SHAH, individually;
JOCELYN WOOLWORTH, individually;
FRANK STEEL, individually;
SUSAN HENKIN, individually;
CHARLIE PHELAN, individually;
MICHALIS STAVRINIDES, individually;
ANA HUGHES FREUND, individually;
VINCENT SIGNORELLO, individually;

Defendant(s).

## SUMMONS IN A CIVIL CASE

GULLIVER SCHOOLS, INC.
Registered agent:
WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.
c/o Joseph M. Hernandez, Esq.
2525 Ponce De Leon Boulevard, Suite 700
Coral Gables, FL 33134

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK [signature] 300876 DATE

(BY) DEPUTY CLERK

MILITARY

Filing # 45441448 E-Filed 08/19/2016 12:06:17 PM

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **FRANK STEEL, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:30 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **FRANK STEEL** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011878

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V8.5n

Filing # 45211966 E-Filed 08/15/2016 12:09:48 PM

# RETURN OF SERVICE

**State of FLORIDA** | **County of MIAMI-DADE** | **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **GLORIA SESANA, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:35 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER,** a person employed therein and authorized to accept service for**GLORIA SESANA** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156,** the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011883

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 448 E-Filed 08/03/2016 05:45:20 PM

6

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

DAVID WARD, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

GULLIVER SCHOOLS, INC.,
a Florida Not For Profit Corporation,
GLORIA SESANA, individually;
ALEXANDER R. ACOSTA, individually;
TONY FIGUEROA CISNEROS, individually;
SWAPNIL J. SHAH, individually;
JOCELYN WOOLWORTH, individually;
FRANK STEEL, individually;
SUSAN HENKIN, individually;
CHARLIE PHELAN, individually;
MICHALIS STAVRINIDES, individually;
ANA HUGHES FREUND, individually;
VINCENT SIGNORELLO, individually;

Defendant(s).

Frank Steel
Gulliver V.P.
235P
8-11

CUP SERVICES, INC
WWW.CUPSERVICES.COM

SUMMONS IN A CIVIL CASE

GLORIA SESANA
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK DATE

309876

(BY) DEPUTY CLERK

CIRCUIT AND COUNTY COURTS MIAMI-DADE COUNTY, FLORIDA



MILITARY
YES NO

11883

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **ALEXANDER R. ACOSTA, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016** at **2:35 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for**ALEXANDER R. ACOSTA** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156**, the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

GREG SCHULTE
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011882

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 448 E-Filed 08/03/2016 05:45:20 PM

6

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

DAVID WARD, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

GULLIVER SCHOOLS, INC.,
a Florida Not For Profit Corporation,
GLORIA SESANA, individually;
ALEXANDER R. ACOSTA, individually;
TONY FIGUEROA CISNEROS, individually;
SWAPNIL J. SHAH, individually;
JOCELYN WOOLWORTH, individually;
FRANK STEEL, individually;
SUSAN HENKIN, individually;
CHARLIE PHELAN, individually;
MICHALIS STAVRINIDES, individually;
ANA HUGHES FREUND, individually;
VINCENT SIGNORELLO, individually;

Defendant(s).

_______________________________/

Frank Steel Gulliver VP 8-11 2:30 P

## SUMMONS IN A CIVIL CASE

ALEXANDER R. ACOSTA
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK [signature] 309878 DATE

(BY) DEPUTY CLERK

CIRCUIT AND COUNTY COURTS — MIAMI-DADE COUNTY, FLORIDA



MILITARY
YES NO

11882

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **JOCELYN WOOLWORTH, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:35 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for**JOCELYN WOOLWORTH** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156,** the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011879

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 44… E-Filed 08/03/2016 05:45:20 PM

6

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

DAVID WARD, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

GULLIVER SCHOOLS, INC.,
a Florida Not For Profit Corporation;
GLORIA SESAÑA, individually;
ALEXANDER R. ACOSTA, individually;
TONY FIGUEROA CISNEROS, individually;
SWAPNIL J. SHAH, individually;
JOCELYN WOOLWORTH, individually;
FRANK STEEL, individually;
SUSAN HENKIN, individually;
CHARLIE PHELAN, individually;
MICHALIS STAVRINIDES, individually;
ANA HUGHES FREUND, individually;
VINCENT SIGNORELLO, individually;

Defendant(s).

Frank Steel Gulliver V.P. 8-11 2:35 P

OJF SERVICES, INC
954 920 4215
WWW.OJFSERVICES.COM

SUMMONS IN A CIVIL CASE

JOCELYN WOOLWORTH
9350 S. Dixie Highway, 11th Floor
Miami, FL 33156

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/9/2016

CLERK [signature] 309878 DATE

(BY) DEPUTY CLERK

CIRCUIT AND COUNTY COURTS · MIAMI-DADE COUNTY FLORIDA



MILITARY
YES NO

11879

Filing # 45211966 E-Filed 08/15/2016 12:09:48 PM

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **TONY FIGUEROA CISNEROS, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:35 pm**, I:

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for**TONY FIGUEROA CISNEROS** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156**, the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011881

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 45211966 E-Filed 08/15/2016 12:09:48 PM

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **CHARLIE PHELAN, 9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156.**

I, GREG SCHULTE, do hereby affirm that on the **11th day of August, 2016 at 2:35 pm, I:**

**SUBSTITUTE - BUSINESS OFFICE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **FRANK STEEL** as **VICE PRESIDENT OF GULLIVER**, a person employed therein and authorized to accept service for**CHARLIE PHELAN** at the address of: **9350 S DIXIE HIGHWAY, 11TH FLOOR, MIAMI, FL 33156**, the within named person's usual place of business, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011876

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Circuit Court**

Case Number: 2016-019446 CA 01

Plaintiff:
**DAVID WARD**

vs.

Defendant:
**GULLIVER SCHOOLS, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 11th day of August, 2016 at 7:38 am to be served on **GULLIVER SCHOOLS, INC., 2525 PONCE DE LEON BLVD.,, SUITE 700, CORAL GABLES, FL 33134.**

I, **GREG SCHULTE**, do hereby affirm that on the **12th day of August, 2016 at 1:20 pm**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LAURA ST PETER** as **OFFICE MANAGER** for **GULLIVER SCHOOLS, INC.**, at the address of: **2525 PONCE DE LEON BLVD.,, SUITE 700, CORAL GABLES, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016011873

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 44801569 E-Filed 08/03/2016 05:45:20 PM

6

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No. 2016-019446-CA-01

DAVID WARD, individually;
and other similarly situated individuals,

Plaintiff(s),

vs.

GULLIVER SCHOOLS, INC.,
a Florida Not For Profit Corporation,
GLORIA SESANA, individually;
ALEXANDER R. ACOSTA, individually;
TONY FIGUEROA CISNEROS, individually;
SWAPNIL J. SHAH, individually;
JOCELYN WOOLWORTH, individually;
FRANK STEEL, individually;
SUSAN HENKIN, individually;
CHARLIE PHELAN, individually;
MICHALIS STAVRINIDES, individually;
ANA HUGHES FREUND, individually;
VINCENT SIGNORELLO, individually;

Defendant(s).

Off Mng
Laura
ST-Peter
8/12
120p

# SUMMONS IN A CIVIL CASE

GULLIVER SCHOOLS, INC.
Registered agent:
WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.
c/o Joseph M. Hernandez, Esq.
2525 Ponce De Leon Boulevard, Suite 700
Coral Gables, FL 33134

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

6/9/2016

CLERK DATE 309876

(BY) DEPUTY CLERK

CIRCUIT AND COUNTY COURTS MIAMI-DADE COUNTY, FLORIDA

MILITARY
YES NO

Filing # 45708210 E-Filed 08/25/2016 05:02:23 PM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**CASE NO.: 2016-019446-CA-01**

**DAVID WARD,**
**And other similarly situated individuals,**

**Plaintiff,**

**v.**

**GULLIVER SCHOOLS, INC., et al.;**

**Defendants.**
______________________________________/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH*OUT* PREJUDICE OF ONLY GLORIA SESANA; ALEXANDER R. ACOSTA; TONY FIGUEROA CISNEROS; SWAPNIL J. SHAH; JOCELYN WOOLWORTH; SUSAN HENKIN; CHARLIE PHELAN; MICHALIS STAVRINIDES; ANA HUGES FREUND; VINCENT SIGNORELLO**

Plaintiff, by and through the undersigned attorney, voluntarily dismisses ***without*** prejudice all claims in this matter **only** against the following individual Defendants: GLORIA SESANA; ALEXANDER R. ACOSTA; TONY FIGUEROA CISNEROS; SWAPNIL J. SHAH; JOCELYN WOOLWORTH; SUSAN HENKIN; CHARLIE PHELAN; MICHALIS STAVRINIDES; ANA HUGES FREUND; VINCENT SIGNORELLO with each party to bear its own fees and costs in the above-styled action.

WHEREFORE, Plaintiff requests entry of the attached proposed order dismissing **without** prejudice Plaintiff's claims only against individual Defendants: GLORIA SESANA; ALEXANDER R. ACOSTA; TONY FIGUEROA CISNEROS; SWAPNIL J. SHAH; JOCELYN WOOLWORTH; SUSAN HENKIN; CHARLIE PHELAN; MICHALIS STAVRINIDES; ANA HUGES FREUND; VINCENT SIGNORELLO in

this action and pursuing his cause of action only against Gulliver Schools, Inc. and Frank Steel.

Dated this 25th Day of August, 2016 Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**
*Attorneys for Plaintiff*
COURTHOUSE TOWER
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

By:____________________
Anthony M. Georges-Pierre, Esquire
Florida Bar No.: 0533637

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 25th day of August 2016 to Defendants attorneys:

Gloria Sesana; Alexander R. Acosta; Tony Figueroa Cisneros; Swapnil J. Shah; Joscelyn Woolworth; Susan Henkin; Charlie Phelan; Michalis Stavrinides; Ana Hughes Freund; Vincent Signorello – 9350 S. Dixie Highway, 11th Floor, Miami, FL 33156.

Brooke Ehrlich, Esq.
Weiss Serota Helfman Cole & Bierman
Attorney for Defendants: Gulliver Schools, Inc. and Frank Steel
200 E Broward Blvd Ste 1900
Fort Lauderdale, FL 33301-1949
United States
Office: 954-763-4242 x304
Fax: 954-764-7770
E-mail: behrlich@wsh-law.com

By:____________________
Anthony M. Georges-Pierre, Esquire
Florida Bar No.: 0533637

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2016-019446-CA-01

DAVID WARD,
And other similarly situated individuals,
Plaintiff,

v.

GULLIVER SCHOOLS, INC., et al.;
Defendants.
_______________________________________/

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE ONLY AS TO GLORIA SESANA; ALEXANDER R. ACOSTA; TONY FIGUEROA CISNEROS; SWAPNIL J. SHAH; JOCELYN WOOLWORTH; SUSAN HENKIN; CHARLIE PHELAN; MICHALIS STAVRINIDES; ANA HUGES FREUND; VINCENT SIGNORELLO**

THIS CAUSE having come on this day for consideration upon Plaintiff's Notice of Voluntary Dismissal **without** Prejudice and the Court being fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED that this case remains open against Gulliver Schools, Inc. and Frank Steel, Individually and is hereby DISMISSED WITHOUT PREJUDICE only against GLORIA SESANA; ALEXANDER R. ACOSTA; TONY FIGUEROA CISNEROS; SWAPNIL J. SHAH; JOCELYN WOOLWORTH; SUSAN HENKIN; CHARLIE PHELAN; MICHALIS STAVRINIDES; ANA HUGES FREUND; VINCENT SIGNORELLO with each party to bear their own costs and attorneys' fees.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this ___ day of __________ 2016.

_______________________________
CIRCUIT COURT JUDGE

cc: All Counsel of Record