UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-23749-FAM

DAVID WARD, individually; and other
similarly situated individuals,

Plaintiff(s)

vs.

GULLIVER SCHOOLS, INC.,
a Florida Not for Profit Corporation;
GLORIA SESANA, individually;
ALEXANDER R. ACOSTA, individually;
TONY FIGUEROA CISNEROS, individually;
SWAPNIL J. SHAH, individually;
JOCELYN WOOLWORTH, individually;
FRANK STEEL, individually;
SUSAN HENKIN, individually;
CHARLIE PHELAN, individually;
MICHALIS STAVRINIDES, individually;
ANA HUGHES FREUND, individually; and
VINCENT SIGNORELLO, individually,

Defendants.
_______________________________________/

**DEFENDANTS' REMOVAL STATUS REPORT**

Defendants, GULLIVER SCHOOLS, INC. and FRANK STEEL[1], ("Defendants") by and through the undersigned counsel hereby submit their Removal Status Report as required by this Honorable Court [D.E. 8].

1. A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, made in state or federal court including the amount of damages claimed and any other relief sought.

   **RESPONSE: Plaintiff has filed a Complaint seeking overtime wages. Defendant is unaware of the amount of damages claimed.**

[1] Plaintiff previously voluntarily dismissed the remaining individual Defendants.

2. A plain statement of the grounds for removal and a listing of all parties to the action, including parties to any third party claim

   **RESPONSE: This action is removable under 28 U.S.C. §1441(a), because the district court would have original jurisdiction under 28 U.S.C. § 1331 (federal question). The parties to this action are Plaintiff, David Ward, and Defendants Gulliver Schools, Inc. and Frank Steel. All other individual Defendants have been voluntarily dismissed by Plaintiff.**

3. A list of all pending motions.

   **RESPONSE: None.**

4. A brief statement by each Defendant explaining whether or not each has joined the notice of removal.

   **RESPONSE: All Defendants have joined in the Notice of Removal.**

5. State whether the Defendant has removed the action within 30 days after the receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

   **RESPONSE: The summons and Complaint were served on Defendants on August 11, 2016. Defendants removed the action on August 31, 2016, less than 30 days later.**

The Defendants previously filed copies of all process, pleadings, and orders existing on file in the State court in this removed action, including the Complaint, at Tab B of the Notice of Removal [D.E. 1].

Respectfully Submitted,

COLE, SCOTT & KISSANE, P.A.
*Attorneys for Defendants*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: /s/ Jana Leichter
JANA LEICHTER, ESQ.
FBN: 0803901
Jana.leichter@csklegal.com
KARLY A. WANNOS
FBN: 042451
karly.wannos@csklegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 14, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
*Attorneys for Defendants*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: /s/ Jana Leichter
JANA LEICHTER, ESQ.
FBN: 0803901
Jana.leichter@csklegal.com
KARLY A. WANNOS
FBN: 042451
karly.wannos@csklegal.com

**SERVICE LIST**

Anthony M. Georges-Pierre, Esq.
Remier & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL, 33130
Email: agp@rgpattorneys.com; apetisco@rgpattorneys.com;
rregueiro@rgpattorneys.com; pn@rgpattorneys.com