UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-CV-23749-FAM

DAVID WARD,

Plaintiffs,

vs.

GULLIVER SCHOOLS, INC.,
And FRANK STEEL, individually,

Defendant.
_______________________________/

**MEDIATOR'S REPORT**

Laura Bonn, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **November 16th, 2016 at 10:00 AM.**

__✓__ AN AGREEMENT WAS REACHED.

_____ The Agreement is attached with consent of the parties.

_____ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, than this matter shall be deemed at an impasse.

_____ Other: ____________________________________

Laura Bonn
_______________________________
Laura Bonn, Esq., Florida Bar No. 244759
MF#: LB-6903